UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICAN HOME MORTGAGE
SERVICING, INC.,

    Plaintiff,

v.                                       Case No. 8:09-cv-800-T-30MAP

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant United States' Motion to Dismiss with Incorporated Memorandum of Law (Dkt. 6) and Plaintiff's Response to United States' Motion to Dismiss and Consent to Order of Dismissal, Without Prejudice (Dkt. 8). The Court having reviewed the motion and Plaintiff's response, consenting to an order of dismissal, without prejudice, and being otherwise advised in the premises, finds that the motion should be granted and this case should be dismissed without prejudice.

It is therefore ORDERED AND ADJUDGED that:

1.     Defendant United States' Motion to Dismiss and Incorporated Memorandum of Law (Dkt. 6) is hereby **GRANTED**.

2.     This action is hereby **DISMISSED without prejudice**.

3. The Clerk is directed to **CLOSE** this case and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on July 9, 2009.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2009\09-cv-800.mtdismiss.frm